In the Matter of THOMAS E. ROTHDIENER et al., Appellants, v STATE OF NEW YORK RACING AND WAGERING BOARD, Respondent. [887 NYS2d 896]—Appeal from an order and judgment (one paper) of the Supreme Court, Oneida County (Samuel D. Hester, J.), entered January 27, 2009. The order and judgment denied the petition and confirmed the arbitration award.

It is hereby ordered that the order and judgment so appealed from is unanimously affirmed without costs for reasons stated in the decision at Supreme Court. Present—Scudder, P.J., Hurlbutt, Martoche, Centra and Peradotto, JJ.